■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE LUCAS, Appellant.—Appeal by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Flug, J.), both imposed June 1, 1990.

Ordered that the appeals are dismissed (see, People v Seaberg, 74 NY2d 1). Mangano, P. J., Sullivan, Balletta, Eiber and Copertino, JJ., concur.